Case 2:23-cv-00068   Document 9   Filed on 04/13/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROY JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00068 |
| | § | |
| JULIE K. HAMPTON, *et al*. | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Roy Jackson ("Plaintiff"), proceeding *pro se*, has filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is a prisoner in the Texas Department of Criminal Justice – Correctional Institutions Division ("TDCJ-CID") and is currently housed at the McConnell Unit in Beeville, Texas. On March 8, 2023, the Clerk's office sent a notice of deficient pleading, informing Plaintiff that he must submit an application to proceed *in forma pauperis* ("IFP") or pay the full filing fee by April 7, 2023. (Doc. No. 6.)

On March 16, 2023, Plaintiff filed a document that the undersigned construed as a motion for mediation. (Doc. No. 7.) On March 20, the undersigned denied that motion and ordered Plaintiff to either pay the full filing fee for this action or apply to proceed IFP. (Doc. No. 8.) Plaintiff had until April 7, 2023 to respond to the March 20 order, and Plaintiff was warned that failure to comply with the order in a timely manner would result in his case being dismissed for want of prosecution. *Id.* To date, Plaintiff has failed to comply with the March 20 order.

The undersigned and the Clerk have each warned Plaintiff that his action would be dismissed for want of prosecution if he failed to comply with court orders. *See* Doc. Nos. 6, 8.

A district court may dismiss a case for failure to prosecute or comply with court orders. Fed. R. Civ. P. 41(b); *see also Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) ("The district court also has the inherent authority to dismiss an action *sua sponte*, without motion by a defendant."). Here, Plaintiff has failed to comply with the undersigned's order to submit an application to proceed IFP or pay the filing fee. Therefore, the undersigned recommends that Plaintiff's case be DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

SIGNED on April 13, 2023.

_____
MITCHEL NEUROCK
United States Magistrate Judge

## NOTICE

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within 14 days after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), and General Order No. 2002-13, United States District Court for the Southern District of Texas.

A failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 14 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (*en banc*).